**FILED**

**MAY 2 6 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Daud Abdullah Holiday,                    )
                                          )
            Plaintiff,                    )
                                          )        Case: 1:15-cv-00777  (G Deck)
        v.                                )        Assigned To : Unassigned  Jury Demand
                                          )        Assign. Date : 5/26/2015
United States of America,                 )        Description: Habeas Corpus/2241
                                          )
            Defendant.                    )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis*

application and dismiss the case because the complaint fails to meet the minimal pleading

requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355

F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75

F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a prisoner at the United States Penitentiary in Lewisburg, Pennsylvania. He has submitted a document captioned "Complaint Oral Argument Petitioner Writ and Motion Presented." Plaintiff invokes 28 U.S.C. § 2255, but the cryptic statements comprising the complaint fail to provide any notice of a claim for relief in habeas or otherwise. *See Mayle v. Felix*, 545 U.S. 644, 649 (2005) ("Rule 2(c) of the Rules Governing Habeas Corpus Cases requires a more detailed statement [than Rule 8(a) of the Federal Rules of Civil Procedure]. The habeas rule instructs the petitioner to 'specify all the grounds for relief available to [him]' and to 'state the facts supporting each ground.' "). A separate order of dismissal accompanies this Memorandum Opinion.

Date: May ___, 2015

_____
United States District Judge